# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

**IN RE**

SPIECH FARMS, LLC.,

       Debtors.

_____

PRODUCE PAY, INC.,

       Appellant,

v.

SPIECH FARMS, LLC.,

       Appellee.

_____

Case No. 17-05398
Chapter 11
Honorable John T. Gregg

## CLERK'S NOTICE REGARDING RECORD ON APPEAL

The appellants in the above referenced bankruptcy filed a notice of appeal on December 4, 2018 regarding the following orders signed on and entered on **October 18, 2018**:

Order Disallowing PACA Claim of Produce Pay, Inc.;

Order Approving Fee Application of Rayman & Knight;

Order Approving Warner Norcross & Judd LLP;

Order Approving Fee Application of Delta Management Resources, LLC;

Order Approving Motion to Pay Allowed PACA Claims.

The following orders signed and entered on **November 20, 2018**:

Order Denying Motion to Alter or Amend Opinion and Order Regarding PACA Claim of Produce Pay, Inc.;

Order Regarding Motions of Produce Pay, Inc. to Alter or Amend Interim Fee Orders;

Order Denying Motion of Produce Pay, Inc. to Alter or Amend Order Authorizing Payment of PACA Claims;

Notice is given to the appellants that the appellants shall, **within 14 days** from the date the notice of appeal was filed, file with the Clerk of the U.S. Bankruptcy Court, and serve on the appellee, the following:

1. A Statement of Issues;
2. A Designation of items to be included in the record on appeal, and;
3. A copy of any written request to produce a transcript.

Notice is hereby given to the appellee that **within 14 days** after service of the statement of issues and designation of the appellants, the appellee may file with the court and serve on the appellants, a designation of additional items to be included in the record on appeal. If the appellee files a cross appeal, the appellants shall have an additional 14 days from date of service to serve and file a list of additional items to be included in the record.

Pursuant to Fed.R.Bankr.P. 8009, parties must take action to enable the Clerk to assemble and transmit the record on appeal to the U.S. District Court or the Bankruptcy Appellate Panel in a timely manner. In most cases, appeals will be transmitted to the U.S. District Court or the Bankruptcy Appellate Panel within 30 days after the notice of appeal is filed.

Failure to comply with applicable time limits or other requirements set forth in Fed.R.Bankr.P. 8001, et seq., may prompt the U.S. District Court or the Bankruptcy Appellate Panel to enter an order dismissing the appeal, or such other action as the U.S. District Court or the Bankruptcy Appellate Panel deem proper.

**Dated:** December 6, 2018                     **Daniel M. LaVille, Clerk**
                                                **United States Bankruptcy Court**


                                                **By**: /s/_____
                                                **Lena M. Jones, Deputy Clerk**


**CERTIFICATE OF MAILING**

A copy of this Notice Regarding Record on Appeal was served pursuant to CM/ECF electronic notification procedures on December 6, 2018 upon Jason Ryan Klinowski, Esq., Katie E. Willoughby, Esq., Steven L. Rayman, Esq., Cody H. Knight, Esq., Stephen B. Grow, Esq., Elisabeth M. Von Eitzen, Esq., Robert F. Wardrop, II, Esq., Henry L. Knier, Jr., Esq., Lana Maria Escamilla, Esq., John C. Arndts, Esq., Thomas G. King, Esq., Wesley J. Todd, Esq., Danielle Allison-Yokom, Esq., Zachary A. Risk, Esq., Steven T. Buquicchio, Esq., and Eric A. Browndorf, Esq., and Office of the U.S. Trustee. The Notice of Appeal was transmitted to the Clerk of the United States District Court on December 6, 2018.


**Dated:** December 6, 2018                     **By:** /s/_____
                                                **Lena M. Jones, Deputy Clerk**