

1125 Atlantic Avenue
Atlantic City, NJ 08401
Phone: 609.344.3161
Toll Free: 800.529.3161
Fax: 609.344.0939
www.cooperlevenson.com

**FILED - GR**
December 26, 2018 2:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _LEP__   SCANNED BY: KW /12/26

**JARAD K. STILES**
Also Admitted to NY Bar
LLM in Taxation
EMAIL: jstiles@cooperlevenson.com

Direct Phone (856) 857-5594
Direct Fax (856) 857-5595

FILE NO. 50686.00066

December 20, 2018

**1:18-cv-1366**
Janet T. Neff - U.S. District Judge
Ellen S. Carmody - U.S. Magistrate Judge

Via Certified Mail – Return Receipt Requested

Eric A. Siskind
U.S. District Court
399 Federal Building
110 Michigan Street NW
Grand Rapids, MI  49503

    Re:    Spiech Farms, LLC
              Case No.:  17-05398

Dear Mr. Siskind:

    Pursuant to our teleconference today please find attached the order granting Eric Browndorf pro hac vice status. As discussed our firm has no intention of appearing in the appeal filed by Produce Pay. If you have any additional questions or concerns please do not hesitate to contact me.

                        Very truly yours,

                        *Jarad Stiles*

                        Jarad K. Stiles

JKS/mek
Enclosure

CLAC 4764380.1

NEW JERSEY | DELAWARE | NEVADA | FLORIDA

# COOPER LEVENSON
### ATTORNEYS AT LAW

1125 Atlantic Avenue • Atlantic City, NJ 08401



7017 2620 0000 7809 2649



neopost
12/20/2018
US POSTAGE
$06.67⁰

FIRST-CLASS MAIL

ZIP 08401
041L11245398



Lauren

Eric A. Siskind
U.S. District Court
399 Federal Building
110 Michigan Street NW
Grand Rapids, MI 49503

File No.: 50686/00066

4950382363  C020